3rd TRI 2020, Ltd
PO Box 200463
Austin, TX 78720

3rd TRI 2020, Ltd
c/o Michael Deitch
The Deitch Law Office
800 Rio Grande
Austin, Texas 78701

David Escamilla, Travis County Attorney
c/o Jason A. Starks
Assistant County Attorney
P. O. Box 1748
Austin, TX 78767

Alliance Tax Advisors
433 E. Las Colinas Blvd
Irving, TX 75039

Geary Porter & Donovan PC
PO Box 700248
Dallas, TX 75730

Julia Clark & Associates PC
1401 West Avenue
Austin, TX 78701

Inoca Holdco II LLC
PO Box 19047
Austin, TX 78760

City of Austin
P.O. Box 2267
Austin, TX 78783

Heads Up Cleaning Services
PO Box 293
Lockhart, TX 78644

Office of the US Trustee
903 San Jacinto Boulevard
Room 230
Austin, TX 78701

5601795.1 FJR 510.20