```
Label Matrix for local noticing        WC 3rd and Trinity LP                   U.S. BANKRUPTCY COURT
0542-1                                  814 Lavaca Street                       903 SAN JACINTO, SUITE 322
Case 21-10252-tmd                       Austin, TX 78701-2316                   AUSTIN, TX 78701-2450
Western District of Texas
Austin
Fri Apr 22 14:12:58 CDT 2022

3rd                                     3rd TRI 2020, LTD.                      3rd TRI 2020, Ltd
c/o Michael Deitch                      c/o Michael Deitch                      PO Box 200463
The Deitch Law Office                   The Deitch Law Office                   Austin, TX 78720-0463
800 Rio Grande                          800 Rio Grande
Austin, Texas 78701-2220                Austin, Texas 78701-2220

Alliance Tax Advisors                   City of Austin                          City of Austin dba Austin Energy
433 E. Las Colinas Blvd                 P.O. Box 2267                           721 Barton Springs RD
Irving, TX 75039-5581                   Austin, TX 78783-2267                   AUSTIN TX 78704-1145


Comptroller of Public Accounts          David Escamilla, Travis County Attorney Geary Porter & Donovan PC
C/O Office of the Attorney General      c/o Jason A. Starks                     PO Box 700248
Bankruptcy - Collections Division MC-008 Assistant County Attorney              Dallas, TX 75370-0248
PO Box 12548                            P. O. Box 1748
Austin TX  78711-2548                   Austin, TX 78767-1748

Heads Up Cleaning Services              Inoca Holdco II LLC                     James W. Volberding
PO Box 293                              PO Box 19047                            110 N. College Avenue, Suite 1850
Lockhart, TX 78644-0293                 Austin, TX 78760-9047                   Tyler, TX 75702-7370


Julia Clark & Associates PC             Kennedy Lewis Investment Management LLC Kennedy Lewis Investment Management LLC
1401 West Avenue                        c/o Lynn Hamilton Butler                c/o Rachel Biblo Block
Austin, TX 78701-1527                   Husch Blackwell LLP                     Akin Gump Strauss Hauer & Feld LLP
                                        111 Congress Avenue, Suite 1400         2300 N. Field Street, Suite 1800
                                        Austin, TX 78701-4093                   Dallas, TX 75201-4675

Kimberly A. Walsh                       Office of the US Trustee                Travis County
Assistant Attorney General              903 San Jacinto Boulevard Room 230      c/o Jason A. Starks
Bankruptcy & Collections Division MC 008 Austin, TX 78701-2450                  P.O. Box 1748
P.O. Box 12548                                                                  Austin, TX 78767-1748
Austin, Texas 78711-2548

United States Trustee - AU12            Waller, Lansden, Dortch & Davis, LLP    Mark H. Ralston
United States Trustee                   c/o Eric J. Taube                       13155 Noel Road
903 San Jacinto Blvd, Suite 230         100 Congress Ave., Suite 1800           Suite 700
Austin, TX 78701-2450                   Austin, TX 78701-4042                   Dallas, TX 75240-5030


End of Label Matrix
Mailable recipients     23
Bypassed recipients      0
Total                   23
```