IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| WC 3ʳᴰ AND TRINITY, LP, | § | CASE NO. 21-10252-TMD |
| DEBTOR. | § | |

### NOTICE BY 3rd TRI 2020, LTD.
### OF EXERCISE OF RIGHT OF FIRST REFUSAL
### TO PURCHASE REAL PROPERTY
### AT 309 E. 3ᴿᴰ STREET, AUSTIN, TEXAS
### INSTEAD OF DHA CAPITAL LLC

1. On September 20, 2022, this Court signed its "*Order on Second Motion for Authority (I) to Sell Property of the Estate Free and Clear of all Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 363(b) and 363(f) and (II) to Authorize the Payment of Closing Fees and Costs Including Payment of the Realtor Commission Pursuant to 11 U.S.C. § 328*" [DOC#299] (the **"Sales Order"**). Unless separately and differently defined in this notice, capitalized terms have the same meaning as set forth in the Sales Order.

2. Incorporated within the Sales Order as Exhibit 1 and identified therein as the **"Purchase Agreement"** are the material terms and conditions of the contract for sale of the Real Property pursuant to an offer by DHA Capital LLC.

3. Pursuant to the terms of its Right of First Refusal (the **"ROFR"**), 3rd TRI 2020, Ltd. (**"3rd TRI"**) may exercise the ROFR and, upon timely filing of this Notice, may become the Purchaser of the Real Property pursuant to the Sales Order. In connection with exercising the ROFR, and in the manner permitted under the terms of the existing Purchase Agreement, 3rd TRI reserves the right to partner with one or more entities in purchasing the Real Property and may do so without further notice.

    4.    Accordingly, 3rd TRI formally provides this notice of its exercise of its Right of First Refusal. In anticipation of execution of a formal sales contract, and in accordance with the agreement of the Trustee about the deposit,[1] 3rd TRI has deposited the sum of $250,000.00 at Heritage Title Company, 200 West 6th Street, Austin, Texas 78701. The deposit has been assigned reference number 202202773 and the escrow officer is Amy Love Fisher.

Dated September 30, 2022

        Respectfully submitted,

        THE DEITCH LAW OFFICES
        800 Rio Grande
        Austin, Texas 78701
        512/ 474-1554
        512/ 474-1579 (fax)
        mike@deitchlaw.com (e-mail)

        By: /s/ Michael Deitch
            MICHAEL DEITCH
            State Bar Number 05644550

        **COUNSEL FOR 3rd TRI 2020, LTD.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that on September 30, 2022, a true and correct copy of the foregoing document was electronically filed with the Court and served through the CM-ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case, and on the below parties via email:

DEBTOR'S COUNSEL
Fisherman Jackson Ronquillo PLLC
Mark H. Ralston
13155 Noel Road, Suite 700
Dallas, Texas 75240
Email: mralston@fjrpllc.com

---

[1] See Exhibit 1 attached hereto.

2

UNITED STATES TRUSTEE
Gary Wright
J. Casey Roy
Shane P. Tobin
903 San Jacinto Blvd, Room 230
Austin, Texas 78701
Email: Gary.Wright3@usdoj.gov
Email: Casey.Roy@usdoj.gov
Email: Shane.P.Tobin@usdoj.gov

CHAPTER 11 TRUSTEE
Randolph N. Osherow
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
Email: rosherow@hotmail.com

COUNSEL FOR CHAPTER 11 TRUSTEE
Brian Talbot Cumings
Graves Dougherty Hearon & Moody, PC
401 Congress Ave., Suite 2700
Austin, Texas 78701
Email: bcummings@gdhm.com

COUNSEL FOR DHA Capital, LLC
Anthony F. Pirraglia
Holland & Knight, LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Email: anthony.pirraglia@hklaw.com

LOCAL COUNSEL FOR DIP LENDER
Lynn Hamilton Butler
Lauren Elizabeth Hayes
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Email: lynn.butler@huschblackwell.com
Email: lauren.hayes@huschblackwell.com

COUNSEL FOR DIP LENDER
Brad M. Kahn
One Bryant Park
New York, New York 10036
Email: bkahn@akingump.com

Rachel Biblo Block
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Email: rbibloblock@akingump.com

And on the below parties by Federal Express:

Nate Paul
World Class Capital Group, LLC
1122 S. Capital of Texas Hwy, Suite 300
Austin, Texas 78746
Facsimile: (512) 322-9238
Email: npaul@wccgaustin.com

Adam S. Wilk
Sneed, Vine & Perry, P. C.
901 Congress Avenue
Austin, Texas 78701
Facsimile: (512) 476-1825
Email: awilk@sneedvine.com

World Class
814 Lavaca St.
Austin, Texas 78701
Attention: Natin Paul

World Class
244 Fifth Avenue, Suite 2200
New York, New York 10001

                              */s/ Michael Deitch*
                              MICHAEL DEITCH

EXHIBIT 1

